IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FELICIA PARKS                                                                                               PLAINTIFF

V.                                                                   CAUSE NO.: 3:11CV072-SA-DAS

CITY OF OXFORD, MISSISSIPPI;
JOHNNY SOSSAMAN, in his official and individual
Capacities; BAPTIST MEMORIAL
HOSPITAL-NORTH MISSISSIPPI, INC., and
JOHN DOES 1-10                                                                                           DEFENDANTS

FINAL JUDGMENT AS TO THE MUNICIPAL DEFENDANTS

The Court, by Order [44] and Memorandum Opinion [45], dismissed the Plaintiff's claims against the Municipal Defendants as well as Baptist Memorial Hospital –North Mississippi. The Municipal Defendants now request an Entry of Judgment pursuant to Federal Rule of Civil Procedure 54(b).[1]

Federal Rule of Civil Procedure 54(b) allows the Court to enter judgment as to one or more claims or parties where "there is no just reason for delay." Because there has been a final disposition to all claims against the Municipal Defendants, and the Court finds there is no just reason for delay, final judgment pursuant to Federal Rule 54(b) is appropriate. Therefore, Plaintiff's claims against the City of Oxford, Mississippi, and Officer Johnny Sossaman are hereby finally adjudicated and final judgment is entered accordingly.

SO ORDERED, this the 19th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**

---

[1] Because Baptist Memorial Hospital – North Mississippi has filed a Counterclaim against Plaintiff involving a contractual dispute resulting from the incidents underlying this lawsuit, a full and final disposition of this case is not proper.