IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BAPTIST MEMORIAL HOSPITAL –
NORTH MISSISSIPPI, INC.,                                COUNTER-PLAINTIFF

V.                                CAUSE NO.: 3:11CV072-SA-DAS

FELICIA PARKS                                               COUNTER-DEFENDANT

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Baptist Memorial Hospital-North Mississippi's Motion for Summary Judgment [58] is hereby GRANTED.[1] The Court finds that contractual damages in the amount of $1,722.95, are owed under the Admission Agreement, as well as attorneys' fees in the amount of $574.32. Judgment is entered against Felicia Parks in the amount of $2,297.27.

SO ORDERED, this the 19th day of August, 2013.

                                                                                  /s/ Sharion Aycock
                                                                                  **U.S. DISTRICT JUDGE**

---

[1] The Court denies Plaintiff's Motion to Dismiss for Lack of Jurisdiction [56]. The Court, in its discretion, has decided to exercise supplemental jurisdiction over the state law counterclaim due to the age of this case and the Court's familiarity with the facts.